# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| **ROBERT HOOPER** | * |
| **PLAINTIFF** | * |
| | * |
| **V.** | * |
| | *   CASE NO. 4:18CV00669 SWW |
| | * |
| **JANTRAN, INC.** | * |
| **DEFENDANT** | * |

## JUDGMENT

Consistent with the Order that was entered on this day and the parties' settlement agreement, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 29th day of September, 2021.

Susan Webber Wright
UNITED STATES DISTRICT JUDGE
